**698**

171 So.2d 84

**Billy Ray COZART**

v.

**STATE.**

8 Div. 182.

Supreme Court of Alabama.

Jan. 21, 1965.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

W. A. Barnett, Florence, opposed.

HARWOOD, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Cozart v. State, 171 So.2d 77.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

172 So.2d 378

**DEPARTMENT OF INDUSTRIAL RELATIONS**

v.

Robert O. HENRY.

7 Div. 676.

Supreme Court of Alabama.

Feb. 25, 1965.

J. Eugene Foster and Chas. P. Miller, Montgomery, for petitioner.

C. W. McKay, Ashland, opposed.

MERRILL, Justice.

Petition of The Department of Industrial Relations for certiorari to the Court of Appeals to review and revise the judgment and decision in Department of Industrial Relations v. Henry, 172 So.2d 374.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.

167 So.2d 701

**Donald Crawford GREEN**

v.

**STATE of Alabama.**

6 Div. 132.

Supreme Court of Alabama.

Sept. 24, 1964.

Nabors & Torbert, Gadsden, for petitioner.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Donald Crawford Green for certiorari to the Court of Appeals to review and revise the judgment and decision in Green v. State, 167 So.2d 694.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and HARWOOD, JJ., concur.